ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 SEP 28 PM 3: 46

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD LEWIS KICKLIGHTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 105-073 |
| | ) | |
| RONALD STRENGTH, Sheriff, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice and this case is **CLOSED**.

SO ORDERED this 28th day of Sept, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

KICKLIGHTER )

vs ) CASE NUMBER CV 105-073

STRENGTH ) DIVISION AUGUSTA

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated ORDER, which is part of the official record of this case.

Date of Mailing: 09/28/05

Date of Certificate  ☒ same date, or _____

Scott L. Poff, Clerk

By: Joe Howell, Deputy Clerk

Name and Address

RICHARD LEWIS KICKLIGHTER SERVED @ PRISON ADDRESS

☐ Copy placed in Minutes
☒ Copy given to Judge
☒ Copy given to Magistrate